THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, BROOKLYN AND MANHATTAN BEACH RAILROAD COMPANY et al., Respondents, *v.* WILLIAM E. PRENDER-GAST, as Comptroller of the City of New York, et al., Appellants.

THE STATE COMMISSIONER OF LABOR, Intervening, Appellant.

*People ex rel. N. Y., B. & M. B. R. R. Co.* v. *Prendergast*, 158 App. Div. 906, affirmed.

(Argued November 17, 1913; decided December 3, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1913, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the comptroller of the city of New York to draw warrants in favor of the Long Island Railroad Company for payments by the city of · New York on account of the city's proportionate share of the expenses of changing the grade of a railroad right of way. Payments were refused on the ground that the eight-hour provisions of section 3 of the Labor Law are applicable to the work and had not been complied with.

*Thomas Carmody, Attorney-General (Joseph A. Kellogg* and *Claude T. Dawes* of counsel), for state labor commissioner, appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* of counsel), for city comptroller et al., appellants.

*Alfred A. Gardner* and *Joseph F. Keany* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and MILLER, JJ.